IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Dannye Uno, | NO. C 10-04786 JW |
| Plaintiff, <br> v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| Boston Scientific Corporation, | |
| Defendant. | |

This case is scheduled for a Case Management Conference on January 31, 2011. Pursuant to the Federal Rules of Civil Procedure and Local Rules of this Court, the parties conferred and duly submitted a Joint Case Management Statement. (See Docket Item No. 17.) In their Joint Statement, the parties seek a continuance of the Conference until after the parties have participated in mediation. Based on the parties' representation, the Court finds good cause to continue the Conference.

Accordingly, the Court CONTINUES the Case Management Conference to **April 25, 2011 at 10 a.m.** On or before **April 15, 2011**, the parties shall file a Joint Case Management Statement updating the Court on the results of mediation and providing the Court with a proposed schedule as to how this case should proceed.

Dated: January 27, 2011

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Cecily Ann Waterman cwaterman@morganlewis.com
Lauren Sunley Kim lkim@morganlewis.com
Steven Paul Cohn spcohnlaw@aol.com

**Dated: January 27, 2011**     **Richard W. Wieking, Clerk**

**By:   /s/ JW Chambers
         Elizabeth Garcia
         Courtroom Deputy**