1  CECILY WATERMAN, State Bar No. 63502
   LAUREN S. KIM, State Bar No. 210572
2  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
3  San Francisco, CA 94105-1126
   Tel: 415.442.1000
4  Fax: 415.442.1001

5  Attorneys for Defendant/Counter-Claimant
   BOSTON SCIENTIFIC CORPORATION.
6

7  STEVEN P. COHN, State Bar No. 96808
   ADVOCACY CENTER FOR EMPLOYMENT LAW
8  2084 Alameda Way
   San Jose, CA 95126
9  Tel: 408.557.0300
   Fax: 408.557.0309
10
   Attorneys for Plaintiff/Counter-Defendant
11 DANNYE UNO

12
                    UNITED STATES DISTRICT COURT
13
                   NORTHERN DISTRICT OF CALIFORNIA
14

| DANNYE UNO, | Case No. CV 10-04786 JW |
|---|---|
| Plaintiff, | **JOINT STIPULATION AND PROPOSED ORDER CONTINUING MEDIATION DEADLINE AND CASE MANAGEMENT CONFERENCE** |
| vs. | |
| BOSTON SCIENTIFIC CORPORATION, et al, | Dept.: 8, 4th Floor |
| Defendants; | Judge: Honorable Judge James Ware |
| BOSTON SCIENTIFIC CORPORATION, | |
| Counter-Claimant, | |
| vs. | |
| DANNYE UNO, | |
| Counter-Defendant. | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/22332204.1

JOINT STIPULATION AND PROPOSED
ORDER CONTINUING MED. AND CMC
CASE NO. CV 10-04786 JW

Plaintiff Dannye Uno ("Plaintiff") and Defendant Boston Scientific Corporation. ("Defendant"), by and through their respective counsel of record named herein, hereby stipulate as follows:

WHEREAS, the current deadline to complete court-ordered mediation is April 11, 2011;

WHEREAS, the parties have met with court-assigned Mediator Andria Knapp and all parties are available and have agreed to participate in a mediation on May 3, 2011;

WHEREAS, neither party has been or will be prejudiced by the continuation of the deadline to complete court-ordered mediation from April 11, 2011 to May 11, 2011;

WHEREAS, currently the continued case management conference is scheduled for April 25, 2011 at 10:00 a.m.;

WHEREAS, this April 25, 2011 case management conference may be obviated or more fruitful if continued until after the parties' May 3, 2011 mediation has taken place;

THEREFORE, the Parties, through their undersigned respective counsel, stipulate and request that the Court hereby order that, in light of the parties' May 3, 2011 mediation and good cause appearing:

(1)   The deadline for the parties to participate in court-sponsored mediation is extended from April 11, 2011 to **May 11, 2011**; and

(2)   The case management conference currently scheduled for April 25, 2011 be continued to the new date of **May 23, 2011 at 10:00 a.m**.

Dated: March 31, 2011

Respectfully Submitted,

MORGAN, LEWIS & BOCKIUS LLP

By   */s/ Lauren S. Kim*
Lauren S. Kim
Attorneys for Defendant/Counter-Claimant
BOSTON SCIENTIFIC CORPORATION.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/22332204.1

1

JOINT STIPULATION AND PROPOSED
ORDER CONTINUING MED. AND CMC
CASE NO. CV 10-04786 JW

Dated: March 31, 2011

Respectfully Submitted,

ADVOCACY CENTER FOR EMPLOYMENT LAW

By  /s/ Steven P. Cohn
Steven P. Cohn
Attorneys for Plaintiff/Counter-Defendant
DANNYE UNO

### ORDER

The parties having so stipulated, and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that:

(1) The deadline for the parties to participate in court-sponsored mediation is extended from April 11, 2011 to **May 11, 2011**; and

(2) The case management conference currently scheduled for April 25, 2011 is continued to the new date of **May 23, 2011 at 10:00 a.m.**

IT IS SO ORDERED.

Date:  April 1, 2011

*/s/ James Ware*
The Honorable James Ware
United States District Judge