IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Dannye Uno, | NO. C 10-04786 EJD |
| Plaintiff(s), <br> v. | **ORDER TO SHOW CAUSE RE: SETTLEMENT** |
| Boston Scientific Corporation et al, | |
| Defendant(s). | |

The parties, having filed a Notice of Settlement on May 6, 2011 (See Docket Item No. 22), are ordered to appear before the Honorable Edward J. Davila on **June 17, 2011, at 9:00 a.m.** in Courtroom No. 1, 5th Floor, United States District Court, 280 South First Street, San Jose, California, 95113, to show cause why the case should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b).  On or before **June 10, 2011**, the parties shall file a joint statement in response to the Order to Show Cause setting forth the status of settlement efforts as well as the amount of additional time necessary to finalize and file a dismissal.

The Order to Show Cause shall be automatically vacated and the parties relieved of the obligation to file a joint statement if a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a) is filed on or before **June 10, 2011**.

All other pretrial deadlines and hearing dates are vacated.

//
//
//
//
//

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss the action.

**IT IS SO ORDERED.**

Dated: May 17, 2011

EDWARD J. DAVILA
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Cecily Ann Waterman cwaterman@morganlewis.com
Lauren Sunley Kim lkim@morganlewis.com
Steven Paul Cohn spcohnlaw@aol.com

**Dated:  May 17, 2011**                                        **Richard W. Wieking, Clerk**

**By:     /s/ EJD Chambers**
         **Elizabeth Garcia**
         **Courtroom Deputy**