1  **STEVEN P. COHN, ESQ.  SBN 96808**
   ADVOCACY CENTER FOR EMPLOYMENT LAW
2  2084 Alameda Way
   San Jose, CA 95126
3  Telephone (408) 557-0300
   Facsimile: (408) 557-0309
4
   Attorneys for Plaintiff
5  DANNYE UNO

6

7

*IT IS SO ORDERED*

Judge Edward J. Davila

6/10/2011

8               **UNITED STATES DISTRICT COURT**

9             **NORTHERN DISTRICT OF CALIFORNIA**

10                  **(SAN JOSE DIVISION)**

11

| | |
|---|---|
| DANNYE UNO,<br><br>            Plaintiff,<br><br>      vs.<br><br>BOSTON SCIENTIFIC CORPORATION, et al.;<br><br>            Defendants | **Case No. CV 10-04786** EJD<br><br>**REQUEST FOR DISMISSAL** |
| BOSTON SCIENTIFIC CORPORATION,<br><br>      Counter-Claimant,<br><br>      vs.<br><br>DANNYE UNO,<br><br>      Counter-Defendant | |

22      COMES NOW PLAINTIFF and hereby requests that the Complaint and all causes of

23  action against all defendants in the above-captioned action be dismissed with prejudice.

24

25  Dated: June 9, 2011                    ADVOCACY CENTER FOR EMPLOYMENT LAW

26                                 By
27                                    STEVEN P. COHN, ESQ.
                                      Attorneys for Plaintiff
28                                    DANNYE UNO