1  CECILY A. WATERMAN, State Bar No. 63502
   LAUREN S. KIM, State Bar No. 210572
2  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
3  San Francisco, CA  94105-1126
   Tel:  415.442.1000
4  Fax:  415.442.1001
   E-mail:  cwaterman@morganlewis.com
5  E-mail:  lkim@morganLewis.com

6

7  Attorneys for Defendant/Counter-Claimant
   BOSTON SCIENTIFIC CORPORATION

*IT IS SO ORDERED*

*Judge Edward J. Davila*

6/10/2011

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

11

12  DANNYE UNO,                              Case No. CV 10-04786  EJD (PVT)

13              Plaintiff,                   **COUNTER-CLAIMANT BOSTON
                                             SCIENTIFIC CORPORATION'S
14     vs.                                   REQUEST FOR DISMISSAL OF
                                             COUNTERCLAIM**
15  BOSTON SCIENTIFIC CORPORATION,
    and DOES 1 THROUGH 50, inclusive;
16
                Defendants.
17

18  BOSTON SCIENTIFIC CORPORATION,

19              Counter-Claimant,

20     vs.

21  DANNYE UNO,

22              Counter-Defendant

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 22492652.1

1    Pursuant to Federal Rule of Civil Procedure 41(a)(2), Counter-Claimant Boston Scientific

2   Corp, Inc. hereby requests a dismissal, with prejudice, of its counterclaim against Dannye Uno in

3   its entirety.

4   Dated: June 10, 2011                    MORGAN, LEWIS & BOCKIUS, LLP

5

6

7                                           By:  /s/ Cecily A. Waterman
                                               Cecily A. Waterman
8                                              Lauren S. Kim
                                               Attorneys for Defendant/Counter-Claimant
9                                              BOSTON SCIENTIFIC CORPORATION

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DEFENDANT'S REQUEST FOR DISMISSAL OF
COUNTERCLAIM
CASE NO. CV10-04786 EJD (PVT)

DB2/ 22492652.1